_____FILED _____LODGED
_____RECEIVED

APR 1 5 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>M/V STX DAISY, and the Master's cabin of that vessel | )<br>)<br>)<br>) Case No. MJ10-5063<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:
M/V STX DAISY, and the Master's cabin of that vessel; the Master's cabin is one deck below the bridge on the starboard side of the vessel; there is writing above the door of the cabin that indicates that the cabin is the Master's, or captain's, cabin

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment A, which is attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 28, 2010_____
                                                                                                        *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Karen L. Strombom_____
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                                     ☐ until, the facts justifying, the later specific date of _____

Date and time issued: April 14, 2010 @ 4:30pm            _____[signature]_____
                                                                                                        *Judge's signature*

City and state:   Tacoma, Washington                           Chief United States Magistrate Judge
                                                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ10-5062 | Date and time warrant executed: 14 Apr 2010, 1800 hrs | Copy of warrant and inventory left with: |

Inventory made in the presence of:
S/A R. G. Melville

Inventory of the property taken and name of any person(s) seized:

Deck Log
Oil Record Book II
Oil Record Book
Master's Handover Note Binder
Garbage Record Book
AlcoHawk Breathalyzer
1 empty bottle, Jinro
1 Full bottle, Jinro
1 Full bottle, Soju
Misc paperwork
~~Empty~~
Trash bag with 76 empty beer cans and 4 bottles (empty) of Alcohol, asorted

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 15 April 2010

_____
Executing officer's signature

Juan R. Joy Jr.
Printed name and title

## ATTACHMENT A – ITEMS TO BE SEIZED

The following evidence of the commission of violations of Title 46, United States Code, Section 2302(c):

1. All alcoholic beverages, all liquids containing or used with alcohol, including but not limited to cough syrups, breath sprays, and mouthwash, and all empty containers that previously contained such beverages or liquids;

2. All containers, glasses, and other items used to consume beverages;

3. All items used to mask the effect of alcohol consumption, including all breath sprays and breath fresheners;

4. All receipts and other documents reflecting the purchase of any of the items listed in paragraph 1 above;

5. All documents that reflect any alcohol-abuse problem, and all documents relating to alcohol-abuse treatment;

6. Documents reflecting dominion and control of SEONG UG SIN's cabin; and

7. The M/V STX DAISY's log, and all other records that record the activity and actions of crewmembers, including SEONG UG SIN, aboard the ship and the time of that activity and action.